1
2
3
4
5
6
7
8
9        UNITED STATES DISTRICT COURT
10       CENTRAL DISTRICT OF CALIFORNIA
11

12   GEOFFREY MICHAEL CURTIS,            )   Case No. SACV 13-1098-FMO (JEM)
                                         )
13               Petitioner,             )
                                         )
14        v.                             )   ORDER ACCEPTING FINDINGS AND
                                         )   RECOMMENDATIONS OF UNITED
15   JEFFREY A. BEARD, Secretary,        )   STATES MAGISTRATE JUDGE
                                         )
16               Respondent.             )
                                         )
17

18        Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the

19   records on file, and the Report and Recommendation of the United States Magistrate

20   Judge.  Petitioner has filed Objections, and the Court has engaged in a de novo review of

21   those portions of the Report and Recommendation to which Petitioner has objected.  The

22   Court accepts the findings and recommendations of the Magistrate Judge.

23        IT IS ORDERED that: (1) the Petition for Writ of Habeas Corpus is denied; and (2)

24   Judgment shall be entered dismissing the action with prejudice.

25

26   DATED: July 27, 2015                        _____/s/_____
                                                 FERNANDO M. OLGUIN
27                                               UNITED STATES DISTRICT JUDGE

28