# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOFFREY MICHAEL CURTIS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JEFFREY A. BEARD, Secretary,<br><br>　　　　Respondent. | Case No. SACV 13-1098-FMO (JEM)<br><br>**J U D G M E N T** |

　　　In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

　　　IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: July 27, 2015

　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　FERNANDO M. OLGUIN
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE